```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 04562
   SHIRLEY A BODDIE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5269

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/28/2008 and was confirmed 05/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE    UNSECURED        1079.65           .00              .00
ASSET ACCEPTANCE CORP       UNSECURED         414.86           .00              .00
AT&T                        UNSECURED       NOT FILED          .00              .00
CHASE MANHATTAN             UNSECURED       NOT FILED          .00              .00
CITY OF CHICAGO PARKING     UNSECURED        3600.00           .00              .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED          .00              .00
COMCAST                     UNSECURED       NOT FILED          .00              .00
HOWARD D WEISMAN            UNSECURED       NOT FILED          .00              .00
ILLINOIS STATE TOLL HIGH    UNSECURED       NOT FILED          .00              .00
LAUREN T SMITH              UNSECURED       NOT FILED          .00              .00
NICOR GAS                   UNSECURED       NOT FILED          .00              .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      3,479.00                         138.00
TOM VAUGHN                  TRUSTEE                                            12.00
DEBTOR REFUND               REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               150.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 138.00
TRUSTEE COMPENSATION                            12.00
DEBTOR REFUND                                     .00
                    ---------------       ---------------
TOTALS                150.00                   150.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 04562 SHIRLEY A BODDIE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 08 B 04562 SHIRLEY A BODDIE